# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JULIO POWER** and **OLGA POWER,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL FUNDING MORTGAGE SECURITIES I, INC., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-S7,**
Appellee.

No. 4D17-1088

[April 19, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE11024194.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

Steven J. Brotman and Michael P. De Simone of Locke Lord LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***